ORIGINAL

FILED

09/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0493

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0493

TIMOTHY ROBERT BLEICK,

Petitioner,

v.

MARK JOHNSON, Facility Administrator,
Butte Silver Bow Detention Center,

Respondent.

FILED

SEP 2 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Timothy Robert Bleick petitions this Court for habeas corpus relief, indicating that his incarceration is illegal due to wrongful arrest. He explains that the charges were ultimately dismissed because of "insufficient evidence" but he remained incarcerated in the Butte-Silver Bow County Detention Center since June 5, 2023. He requests finishing his five-months' "time on probation as a productive member of society." Bleick includes copies of the police reports and court documents.

The June 5, 2023 police reports mention that law enforcement officers contacted Bleick's Probation Officer after Bleick's arrest for the complaints about shots fired in city limits. On July 26, 2023, the City Court in and for the City and County of Butte-Silver Bow dismissed the criminal case against Bleick based upon the State's Motion to Dismiss.

Available electronic records indicated that Bleick was serving a conditional release, beginning on January 20, 2023, in Butte. Sections 46-23-1011, and 46-23-1020, MCA. A conditional release or discharge may be revoked upon a charge of a new offense or any violation of a court's condition. *See* § 46-23-1020(3)(a), (b), or (c), MCA. Here, Bleick's conditional release was revoked due to the new criminal offense in City Court. While the court later dismissed the case, Bleick still was charged and lost his privileges for a conditional discharge or release. Bleick was returned to Montana State Prison.

We conclude that Bleick's incarceration is not illegal. Bleick is not entitled to habeas corpus relief. Section 46-22-101(1), MCA. Accordingly,

IT IS ORDERED that Bleick's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Timothy Robert Bleick, MSP, 700 Conley Drive, Deer Lodge, Montana, 59722.

DATED this 26ᵗʰ day of September, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2